AO 10*
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Grant, Britt C. | 2. Court or Organization<br><br>U.S. Court of Appeals for the Eleventh Circuit | 3. Date of Report<br><br>07/10/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| Elbert P. Tuttle Courthouse<br>56 Forsyth Street NW<br>Atlanta, GA 30303 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Director | GeorgiaForward |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Eleventh Circuit, salary | $203,559.95 |
| 2. 2019 | Stanford University Law School | $5,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | IBM, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society, Harvard Law | 2/11/18-2/12/19 | Cambridge, MA | Speaker at Harvard Law | Food, transportation, lodging |
| 2. | Yale Law School | 4/8/2019-4/10/19 | New Haven, CT | Moot Court Judge | Food, transportation, lodging |
| 3. | George Mason Law School | 4/25/19-4/26/19 | Arlingon, VA | Judges Forum | Food, transportation, lodging |
| 4. | The Federalist Society, Stanford Law | 5/1/19-5/3/19 | Palo Alto, CA | Speaker at Stanford Law | Food, transportaiton, lodging |
| 5. | Stanford Law School | 9/23/19-9/25/19 | Palo Alto, CA | Constitution Day Speaker for Stanford Univesrity | Food, transportation, lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| **Grant, Britt C.** | 07/10/2020 |

| 6. | The Federalist Soceity | 11/13/19-11/16/19 | Washington, DC | National Convention Panelist | Food, transportation, lodging |
| --- | --- | --- | --- | --- | --- |
| 7. | The Federalist Society, Yale Law School | 12/2/19-12/3/19 | New Haven, CT | Winter Banquet Speaker | Food, transportation, lodging |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grant, Britt C. | 07/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Navient | Student Loans | K |
| 2. Discovery Student Loans | Student Loans | J |
| 3. Nelnet - spouse | Student Loans | L |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Grant, Britt C. | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM Stock | B | Dividend | K | T | | | | | |
| 2. iThink Financial Credit Union | A | Interest | J | T | | | | | |
| 3. Fidelity Netbenefits HSA | A | Interest | J | T | | | | | |
| 4. Payflex HSA | A | Int./Div. | J | T | | | | | |
| 5. Bank of America Checking Account | A | Interest | J | T | | | | | |
| 6. C Fund Common Stock Index | A | Dividend | M | T | | | | | |
| 7. S Fund Small Cap Index | A | Dividend | M | T | | | | | |
| 8. I Fund International Stock Index | A | Dividend | L | T | | | | | |
| 9. F Fund - Fixed Income Index | A | Dividend | J | T | | | | | |
| 10. Large Company IDX | A | Dividend | L | T | | | | | |
| 11. Target Retirement 2040 | A | Dividend | L | T | | | | | |
| 12. Target Retirement 2045 | A | Dividend | L | T | | | | | |
| 13. Small Mid-Cap IDX | A | Dividend | L | T | | | | | |
| 14. Lazard Emerging Mkts EQ | A | Dividend | K | T | | | | | |
| 15. European Stock Index | A | Dividend | K | T | | | | | |
| 16. American Gr Fd of America | A | Dividend | K | T | | | | | |
| 17. Long-Term Corp. Bond | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grant, Britt C.** | 07/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American New Perspective A | A | Dividend | K | T | | | | | |
| 19. Metropolitan West Low Dur Bd I | A | Dividend | J | T | | | | | |
| 20. Calamos Market Neutral Inc. I | A | Dividend | J | T | | | | | |
| 21. American New World A | A | Dividend | K | T | | | | | |
| 22. Morgan Stanley Private Bank | A | Interest | J | T | | | | | |
| 23. Prudential Jennison Natl Res Z | A | Dividend | J | T | | | | | |
| 24. Metropolitan West Tot Ret Bc I | A | Dividend | J | T | | | | | |
| 25. Pacific Stock IDX | A | Dividend | J | T | | | | | |
| 26. Blackrock Inflat Prot Bond I | A | Dividend | J | T | | | | | |
| 27. UBS Bank | A | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Grant, Britt C.** | 07/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Britt C. Grant**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544